IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELEANOR CATHERINE CLIFFORD,

    Plaintiff,     JUDGMENT IN A CIVIL CASE

v.     11-cv-798-bbc

CAROLYN COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant affirming the decision of Carolyn Colvin, Acting Commissioner of Social Security, and dismissing this case.

| /s/ | 9/25/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |